UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.

CASE NO. 22-60078-CR-RUIZ

ANDY TOVAR,

Defendant(s).
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

The Defendant, ANDY TOVAR, by and through undersigned counsel, moves this Honorable Court for an order granting motion to appear pro hac vice, consent to designation, and request to electronically receive notices of electronic filing and in support thereof states as follows:

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Edward J. Ungvarsky of the law firm of Ungvarsky Law, PLLC, 421 King Street, Alexandria, Virginia 22314, Office:571-207-9710; Fax:571-777-9933; Celullar:202-409-2084; Email: ed@ungvarskylaw.com for purposes of appearance as co-counsel on behalf of Defendant, Andy Tovar, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Edward J. Ungvarsky to receive electronic filings in this case, and in support thereof states as follows:

1. Edward J. Ungvarsky is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of Virginia, Washington, D.C., New

1

York, and New Jersey. Mr. Ungvarsky is also admitted to practice in the federal courts in the Eastern District of Virginia, Western District of Virginia, District of Columbia, and District of Maryland. He has been admitted to appear as learned counsel in capital cases in the Middle District of Pennsylvania and the Northern District of West Virginia.

2. Movant, Emmanuel Perez, Esquire, of the law firm of Emmanuel Perez & Associates, P.A., is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Edward J. Ungvarsky, requests that this Court waive its admission fee since this is a death-eligible CJA case. A certification in accordance with Rule 4(b) is attached hereto.

4. Edward J. Ungvarsky, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Edward J. Ungvarsky at email address: ed@ungvarskylaw.com.

WHEREFORE, Emmanuel Perez, moves this Court to enter an Order Edward J. Ungvarsky, to appear before this Court on behalf of Andy Tovar, for all purposes relating

to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Edward J. Ungvarsky.

          Respectfully submitted,

          /s/ Emmanuel Perez
          Emmanuel Perez, Esquire
          Fla. Bar No. 586552
          Emmanuel Perez & Associates, P.A.
          901 Ponce De Leon Boulevard, Suite 101
          Coral Gables, Florida 33134
          Tel: (305) 442-7443
          Fax: (305) 441-9218
          Email: courtmail@lawperez.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document, with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants in this case on this 24 day of January 2023.

          /s/ Emmanuel Perez
          Emmanuel Perez, Esquire
          Fla. Bar No. 586552
          Emmanuel Perez & Associates, P.A.
          901 Ponce De Leon Boulevard, Suite 101
          Coral Gables, Florida 33134
          Tel: (305) 442-7443
          Fax: (305) 441-9218
          Email: courtmail@lawperez.com

UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 22-60078-CR-RUIZ

vs.

ANDY TOVAR,

Defendant(s).
_____/

## Certification of Edward J. Ungvarsky

Edward J. Ungvarsky Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a licensed member in good standing of the bars of Virginia, Washington, D.C., New York, and New Jersey, that I also admitted to practice in the federal courts in the Eastern District of Virginia, Western District of Virginia, District of Columbia, and District of Maryland, and that I have been admitted to appear as learned counsel in capital cases in the Middle District of Pennsylvania and the Northern District of West Virginia.; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated this 24th day of January 2023.

_____
Edward J. Ungvarsky, Esq.
Ungvarsky Law, PLLC
421 King Street
Alexandria, Virginia 22314
Office: 571-207-9710
Fax: 571-777-9933