UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 22-60078-CR-RUIZ
        Plaintiff,

V.

ANDY TOVAR,
        Defendant,
_____/

**NOTICE OF FILING WAIVER OF APPEARANCE AT RESTITUTION HEARING**

**COMES NOW,** Defendant, ANDY TOVAR, by and through undersigned counsel, and hereby files this Waiver of Appearance at Restitution Hearing attached as Exhibit A.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document, with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants in this case on this 6th day of January 2025.

        **EMMANUEL PEREZ & ASSOCIATES, P.A.**
        901 Ponce De Leon Blvd, Suite 101
        Coral Gables, FL 33134
        Tel. (305)442-7443
        eService: courtmail@lawperez.com

        By:  /s/*Emmanuel Perez*
            EMMANUEL PEREZ
            F.B.N. 586552

1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO. 22-60078-CR-RUIZ
      Plaintiff,

V.

ANDY TOVAR,
      Defendant,
_____/

### WAIVER OF APPEARANCE AT RESTITUTION HEARING

**COMES NOW**, Defendant, ANDY TOVAR, by and through undersigned counsel, hereby files this Waiver of Appearance at all Restitution Proceedings and Hearings and in support thereof states as follows:

1. That Undersigned Counsel has discussed the matter of restitution with Defendant, Andy Tovar, and of his right to be present and participate in the hearing he has elected not to participate, waives his appearance, and has further authorized undersigned counsel to stipulate to a restitution to avoid any further proceedings.

2. That Defendant, Andy Tovar, chooses to not attend any restitution proceedings and herein waives his appearance at said proceedings and authorizes undersigned counsel to appear on his behalf and agree to restitution in any amount.

_____
ANDY TOVAR

                      Respectfully submitted,

                      By: /s/Emmanuel Perez
                          EMMANUEL PEREZ
                          F.B.N. 586552



EXHIBIT A

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document, with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants in this case on this 6th day of January 2025.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd, Suite 101
Coral Gables, FL 33134
Tel. (305)442-7443
Fax (305)441-9218
eService: courtmail@lawperez.com

By: /s/Emmanuel Perez
        EMMANUEL PEREZ
        F.B.N. 586552